**JS-6**

link 55
cc: FISCAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY KIRK GREENE, SR.; LINDA SINGLETON; TIFFANI KIRKWOOD; TRACIE BROWN; ANDREA KIRKWOOD; ANTHONY KIRK GREENE, JR.; IRENE GREENE; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-7259-HDV-SSC<br><br>**[PROPOSED] FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hernan D. Vera |

---

1

[PROPOSED] FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Considering the Stipulation for Disbursement of Interpleaded Funds and Dismissal of Entire Action with Prejudice filed by Defendants ANTHONY KIRK GREENE, SR., LINDA SINGLETON, TIFFANI KIRKWOOD, TRACIE BROWN, and ANDREA KIRKWOOD (collectively, the "Parties"), the Court finds, adjudges, and orders as follows:

1. Life Insurance Company of North America ("LINA") filed a Complaint In Interpleader (the "Complaint") on September 1, 2023, and deposited with the clerk of United States District Court, Central District of California, the sum of $305,443.53 (the "Interpleaded Funds").

2. On June 14, 2024, the Court entered defendant Irene Greene's default.

3. On July 16, 2024, the Court dismissed plaintiff LINA with prejudice from the action pursuant to the stipulation of all parties. The Order included instructions to the Clerk to issue payment to LINA in the sum of $10,000 from the proceeds deposited with the Clerk of the Court as reasonable attorneys' fees and costs incurred by LINA.

4. On December 6, 2024, the Court dismissed defendant Anthony Greene, Jr. from the action upon granting the Parties' Motion for Judgment on the Pleadings.

5. The remaining defendants in this action, the Parties to this Stipulation, have entered into a settlement agreement agreeing to a certain distribution of the interpleaded funds.

The remaining parties have resolved their dispute and submitted a Stipulation for Disbursement of Interpleaded Funds and Dismissal of Entire Action with Prejudice, evidencing the financial terms of the settlement. Therefore, pursuant to the agreement of the parties, and the record in this matter:

IT IS HEREBY ORDERED AND ADJUDGED that from the Interpleaded Funds,

1. 20% of the Interpleaded Funds, calculated to be $59,088.71, plus 20% of the accrued interest, if any, be paid to defendant ANTHONY KIRK GREENE, SR., by check payable to "Anthony Kirk Greene, Sr." and delivered to Anthony Kirk Greene, Sr., 15440 Sherman Way, Apt. 306, Van Nuys, CA 91406;

1. 40% of the Interpleaded Funds, calculated to be $118,177.40, plus 40% of the accrued interest, if any, be paid to defendant LINDA SINGLETON, by check payable to "Saiki Law Group APC IOLTA" and delivered to Eric H. Saiki, Saiki Law Group APC, 21515 Hawthorne Blvd., Suite 200, Torrance, CA 90503;

2. 20% of the Interpleaded Funds, calculated to be $59,088.71, plus 20% of the accrued interest, if any, be paid to defendant TRACIE BROWN, by check payable to "Interpleader Law, LLC IOLTA" and delivered to William J. Perry, Interpleader Law, LLC, 5800 One Perkins Place Drive, Suite 2A, Baton Rouge, LA 70808; and

3. 20% of the Interpleaded Funds, calculated to be $59,088.71, plus 20% of the accrued interest, if any, be paid to defendant TIFFANI KIRKWOOD, by check payable to "Interpleader Law, LLC IOLTA" and delivered to William J. Perry, Interpleader Law, LLC, 5800 One Perkins Place Drive, Suite 2A, Baton Rouge, LA 70808.

4. **INSTRUCTIONS TO THE CLERK RE DEPOSITED PROCEEDS**: The Clerk shall issue payment as indicated above from the proceeds deposited with the Clerk of this Court.

IT IS FURTHER ORDERED AND AJDUGED that this matter is hereby dismissed with prejudice, with each party bearing its own fees and costs.

SIGNED this __8th__ day of ____January____, 2025.

_____
Hernán D. Vera
United States District Judge

**PROOF OF SERVICE**

**LINA v. Greene, et al**

**Case No. 2:23-cv-7259**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 21515 Hawthorne Blvd., Suite 200, Torrance, CA 90503.

On January 2, 2025, I served true copies of the following document(s) described as [PROPOSED] FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Saiki Law Group APC for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Torrance, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court. Executed on January 2, 2025, at Torrance, California.

/Eric H. Saiki /
Eric H. Saiki

---

1
[PROPOSED] FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# SERVICE LIST

## LINA v. Greene, et al

## Case No. 2:23-cv-7259

| | |
|---|---|
| Irene Greene<br>15440 Sherman Way, Apt. 306<br>Van Nuys, California 91406 | Defendant – Pro Per |
| Anthony Kirk Greene, Sr.<br>15440 Sherman Way, Apt. 306<br>Van Nuys, California 91406 | Defendant – Pro Per |
| Anthony Kirk Greene, Jr.<br>8549 Wilshire Blvd, Suite 153<br>Beverly Hills, California | Defendant – Pro Per |